```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15682
    JULIE E SKEETERS
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9820


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/29/07 and confirmed on 11/16/07.

    2.   The case was dismissed after confirmation, 12/19/2008.

    3.   The Debtor paid a total of $   6875.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICAN HOME MTGE         CURRENT MORTG        .00           .00             .00
EMC MORTGAGE               SECURED              .00           .00             .00
ILLINOIS DEPT REVENUE      PRIORITY          490.89           .00          490.89
GMAC PAYMENT CENTER        SECURED VEHIC        .00           .00             .00
CAPITAL ONE BANK           UNSECURED        1518.62           .00           28.96
RESURGENT CAPITAL SERVIC   UNSECURED       35125.95           .00          669.94
CITIFINANCIAL              SPECIAL CLASS   NOT FILED          .00             .00
DISCOVER BANK              UNSECURED       10854.30           .00          207.02
ECAST SETTLEMENT CORPORA   SPECIAL CLASS    1041.13           .00         1041.13
ILLINOIS STUDENT ASSIST    UNSECURED        5536.07           .00          105.59
ILLINOIS STUDENT ASSIST    UNSECURED        3650.09           .00           69.62
B REAL LLC                 UNSECURED       31586.70           .00          602.43
EMC MORTGAGE               MORTGAGE ARRE     271.18           .00          271.18
ILLINOIS DEPT REVENUE      UNSECURED          89.21           .00            1.70
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  271.18      490.89     89402.07        .00       90164.14
PRINCIPAL PAID      271.18      490.89      2726.39        .00        3488.46
INTEREST PAID          .00         .00          .00        .00            .00
TOTAL PAID          271.18      490.89      2726.39        .00        3488.46
The Debtor's attorney, RICHARD T JONES                , was allowed $    3500.00
and was paid $    500.00   direct and $    3000.00   through the plan.

The Trustee received $    386.54 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

```
Dated: 03/12/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

                                    PAGE   2
     CASE NO. 07 B 15682 JULIE E SKEETERS